UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MICHAEL JOSEPH DAVIS, SR.,      )
        Plaintiff,              )
                                )
        v.                      )   C.A. No. 09-11453-DPW
                                )
MIDDLESEX SHERIFF'S OFFICE,     )
        Defendant.              )
```

MEMORANDUM AND ORDER
July 22, 2010

WOODLOCK, D.J.

On June 14, 2010, a Memorandum and Order (Docket No. 10) issued outlining the procedural history of this case, and, *inter alia*, directing plaintiff Michael Joseph Davis, Sr. ("Davis") to demonstrate good cause, within 30 days, why this action should not be dismissed for the reasons set forth in the earlier Memorandum and Order (Docket No. 7), entered on May 20, 2010. Davis was advised that failing to comply with these directives would result in a dismissal of this action on the merits.

To date, Davis has failed to file any show cause response as directed and the time period for doing so has expired.

Accordingly, for the failure to comply with the directives of this Court, and for the reasons set forth in the Memorandum and Order (Docket No. 7) outlining the legal impediments to Davis's claims, it is hereby Ordered that this action is DISMISSED in its entirety.

A separate Order for Dismissal shall enter.

SO ORDERED.

/s/ Douglas P. Woodlock
UNITED STATES DISTRICT JUDGE